**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

ANNE TINDALL,                                         Plaintiff,         |

                                                                     VS.           |

CAVALRY PORTFOLIO SERVICES, LLC and                                  | Court No.: 1:17-cv-03462
CAVALRY SPV I, LLC,
                                                      Defendants.      |

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, <u>Kelly Kirchhoff</u>, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465 appointed by the court to serve process in the above referenced case. Following are the results of my efforts to serve process in the above captioned case:

Type of Process: <u>Summons In a Civil Case and Complaint</u>

Defendant to be served: <u>Cavalry SPV I, LLC</u>

ADDRESS WHERE ATTEMPTED OR SERVED: <u>c/o CT Corporation System (registered agent),</u>
<u>208 S. LaSalle Street, Suite 814,</u>
<u>Chicago, IL, 60604</u>

I **SERVED** the within named defendant on: <u>5/10/2017 9:40 AM</u>

**X CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with <u>Derrick Hackett</u>, (Title): <u>Process Specialist</u>, a person authorized to accept service and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Age:** <u>26</u> **Gender:** <u>Male</u> **Race:** <u>African American</u> **Height:** <u>5-10</u> **Weight:** <u>151-175</u> **Hair:** <u>Black</u> **Glasses:** <u>Yes</u>

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this instrument are true and correct.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

State of <u>IL</u>
County of <u>Cook</u>

Subscribed and sworn before me on <u>5 / 16 / 17</u>

_____
Signature of Process Server

Kelly Kirchhoff
Printed Name
Process Server
Title

_____
Notary Public

```
OFFICIAL SEAL
KYLE HINTZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/28/21
```



Page 1 of 1   File Number: 1BL050917
Reference Number: 3538705
Case Number: 1:17-cv-03462
Doc Generated: 05/12/2017 02:01:28:697 PM

675727_3538705_0_23_V4